# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMRO ELANSARI,** : | |
|    Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-0914** |
| : | |
| **MARK KEARNEY,** : | |
|    Defendant. : | |

## ORDER

AND NOW, this 24th day of February, 2020, upon consideration of Plaintiff Amro Elansari's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

3. The Clerk of Court shall **CLOSE** this case.

                                                 **BY THE COURT:**

                                               **/s/ Harvey Bartle III**
                                               **HARVEY BARTLE III, J.**